IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAO GROUP, INC.<br><br>　　　　Plaintiff,<br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　Defendants. | Case No. 1:24-cv-1211<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Jeannice W. Appenteng<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT'S MOTION TO DISMISS

Defendant zhuhai jiashu dianzishangwu youxiangongsi, which does business as GD-Whitening, by and through its undersigned counsel, respectfully moves to dismiss the claims against GD-Whitening in Plaintiff's Amended Complaint for the reasons set forth in the supporting Memorandum filed concurrently with this Motion.

On May 9, counsel for GD-Whitening reached out to CAO's counsel to ask whether CAO opposed this motion and proposed a briefing schedule. GD-Whitening did not hear back before filing this motion by the deadline to answer the First Amended Complaint and assumes CAO opposes. Under GD-Whitening's proposal, CAO's opposition would be due on May 30, 2024, and GD-Whitening's reply on June 13, 2024

1

Dated: May 9, 2024

Respectfully submitted,

*/s/ Dustin L. Taylor*
Dustin Taylor, IL Bar No. 6328158
**HUSCH BLACKWELL LLP**
1801 Wewatta Street, Suite 1000
Denver, CO 80202 6318
Direct: 303-749-7247
Fax: 303-749-7272
Dustin.Taylor@huschblackwell.com

Dan Yao
Yao Legal Group LLC
15 Canterbury Rd., Suite A3
Great Neck, NY 11021
dyao@yaolawoffice.com

***Attorneys for Defendant zhuhai jiashu dianzishangwu youxiangongsi d/b/a GD-Whitening***