UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAO Group, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> *Defendant*. | **CASE NO.** 1:24-cv-01211 <br><br> **Judge:** Honorable Thomas M. Durkin |

### DEFENDANTS' MOTION TO VACATE THE PRELIMINARY INJUNCTION

Defendants **Newage-Store** and **haiyi_mall** (collectively "Defendants") respectfully request that the Preliminary Injunction Order (Dkt. No. 47) entered on April 24, 2024 be vacated against them. A Memorandum of Law in Support is filed concurrently with this Motion.

The partis have agreed on the following briefing schedule:

| Plaintiff's Response to this Motion | June 17 |
|---|---|
| Defendants' Reply to Plaintiff's Response | August 1 |

Respectfully submitted

Date: 05/27/2024

/s/ He Cheng

He Cheng | Attorney
Palmer Law Group, P.A.
5353 N. Federal Highway, Suite 402
Fort Lauderdale, FL 33065
www.palmerlawgroup.com
Tel: +1 (917) 525-1495
***Attorney for Defendants***