**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **CAO GROUP, INC.,**<br><br>                    Plaintiff,<br><br> v.<br><br>**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE A,**<br><br>                    Defendant. | Case No.: 1:24−cv−01211<br><br>Honorable Thomas M. Durkin |

**<u>DEFENDANTS, BYS TECHNOLOGY ("DEFENDANT #5"), CARBONLINE ("DEFENDANT #10"), AND MOOSE STORE ("DEFENDANT #23") MOTION TO WITHDRAWAL</u>**

Pursuant to Local Rule 83.17, Counsel for Defendant BYS Technology ("Defendant #5"), Carbonline ("Defendant #10"), and Moose Store ("Defendant #23"), (collectively "Defendants") Steven G. Kalberg ("Undersigned Counsel") respectfully moves for an order of this Court to withdraw as counsel for Defendants. In support of this motion, Undersigned Counsel states as follows:

1.      On April 3, 2024, Undersigned Counsel filed his appearance on behalf of defendants BYS Technology (#5), Carbonline (#10), and Moose Store (#23).

2.      On July 26, 2024, Defendants informed Undersigned Counsel that Defendants' stores were closed by Amazon and no longer exist.  Defendants instructed Undersigned Counsel to suspend its representation of Defendants and withdraw from this case. Undersigned Counsel has advised Defendants that a default may be entered if no further appearance is made on behalf of Defendants. The required Notification of Party Contact Information form is filed with this Motion as Exhibit A.

3.      On July 29, 2024, Undersigned Counsel contacted Plaintiff's counsel regarding the withdrawal and Plaintiff's counsel stated that Plaintiff does not oppose Undesigned Counsel's withdrawal.

WHEREFORE, Undersigned Counsel requests this Court grant this Motion to Withdraw as Counsel for Defendants BYS Technology ("Defendant #5"), Carbonline ("Defendant #10"), and Moose Store ("Defendant #23")

August 15, 2024                                    Respectfully Submitted,

                                                    */s/ Steven G. Kalberg*
                                                    David R. Bennett
                                                    Steven G. Kalberg
                                                    Direction IP Law
                                                    P.O. Box 14184
                                                    Chicago, IL 60614-0184
                                                    (312) 291-1667
                                                    dbennett@directionip.com
                                                    skalberg@directionip.com

                                                    *Attorneys for Defendants BYS Technology ("Defendant #5"), Carbonline ("Defendant #10"), and Moose Store ("Defendant #23")*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 15, 2024, I electronically filed the above documents with

the Clerk of Court using CM/ECF which will send electronic notification of such filings to all

registered counsel.

*/s/ Steven G. Kalberg*
Steven G. Kalberg