IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAO GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZHUHAI JIASHU DIANZISHANGWU YOUXIANGONGSI D/B/A GD-WHITENING, <br><br> Defendant. | Case No.: 1:24-cv-01211 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge Jeannice W. Appenteng** <br><br> **JURY TRIAL DEMAND** |

## JOINT STATUS REPORT

Pursuant to the Court's September 23, 2024 Minute Entry [116], Plaintiff CAO Group, Inc. ("Plaintiff") and Defendant No. 6 haiyi_mall and Defendant No. 25 newage-store ("Cheng Defendants")[1] submit the following Status Report.

Plaintiff's Motion for Leave to File the Third Amended Complaint [114] has been fully briefed by the Parties and awaits a ruling from the Honorable Judge Durkin.

1. Plaintiff agrees to serve its response to Cheng Defendants' Initial Non-infringement, Unenforceability and Invalidity Contentions under LPR 2.5 by November 8, 2025, originally scheduled on August 30, 2024.

2. As to the effect of Plaintiff's motion may have on the discovery schedule, if the Court grants Plaintiff's Motion for Leave to File the Third Amended Complaint [114] before the end of the month, the Parties will likely need to move all currently set deadlines, beginning with Plaintiff's deadline to serve its Final Infringement, Unenforceability, and Invalidity

---

[1] "Cheng" is in reference to He Cheng, counsel for Defendant Nos. 6 and 25.

1

Contentions under LPR 3.1 – currently scheduled for 12/27/2024, by approximately thirty (30) days.

3. If the Court denies Plaintiff's Motion for Leave to File the Third Amended Complaint [114], Cheng Defendants contend that no change to the current discovery schedule [103] is needed. Plaintiff agrees that no change would be required only if the Court rules on Plaintiff's Motion for Leave to File the Third Amended Complaint [114] relatively soon.

4. The Parties agree that if the Court were to rule on Plaintiff's Motion for Leave to File the Third Amended Complaint [114] well after the end of this month, all remaining deadlines may need to be moved further back, depending on the date of the Court's ruling.

5. Additionally, if Plaintiff's Motion for Leave to File the Third Amended Complaint [114] is granted, the Parties agree to the following amended schedule:

    a. Per Fed. R. Civ. P. 15(a)(3), Defendants will have fourteen (14) days to file their amended answer of otherwise respond to the Third Amended Complaint ("Defendants' Amended Pleading"); if Defendants' Amended Pleading is one to which a responsive pleading is required, any required response to Defendant's Amended Pleading must be made within fourteen (14) days after service of Defendant's Amended Pleading. The Parties must also file a joint status report indicating whether the current discovery schedule deadlines can remain or offer a proposed discovery schedule, if the Parties believe one is necessary, within fourteen (14) days of the Court's ruling on Plaintiff's Motion for Leave to File the Third Amended Complaint [114].

    b. After the completion of Defendant's Amended Pleading or Plaintiff's responsive pleading to Defendant's Amended Pleading, the Parties will have two weeks to supplement initial

2

     disclosures, including information regarding the two additional patents asserted in the Third Amended Complaint (the '444 Patent and the '445 Patent).

c. Plaintiff will have one week from the date of supplementing its initial disclosures to supplement its Initial Infringement Contentions under LPR 2.2 with respect to the '444 and '445 Patents.

d. Cheng Defendants will have two weeks from the date Plaintiff supplemented its Initial Infringement Contentions to serve their supplement to their Initial Non-infringement, Unenforceability, and Invalidity Contentions and Documents under LPR 2.3 and LPR 2.4 with respect to the '444 and '445 Patents.

e. Plaintiff will have two weeks from the date Cheng Defendants supplemented their Initial Non-infringement, Unenforceability, and Invalidity Contentions and Documents to serve its supplement to its response to Cheng Defendants' Initial Non-infringement, Unenforceability and Invalidity Contentions under LPR 2.5 with respect to the '444 and '445 Patents.

Date October 21, 2024　　　　　　　　　　　　　　Respectfully submitted,

/s/ Sameeul Haque　　　　　　　　　　　　　　　/s/ He Cheng (with permission)
Edward L. Bishop　　　　　　　　　　　　　　　He Cheng,
ebishop@bdl-iplaw.com　　　　　　　　　　　　Palmer Law Group, P.A.
Nicholas S. Lee　　　　　　　　　　　　　　　　5353 N. Federal Highway, Suite 402
nlee@bdl-iplaw.com　　　　　　　　　　　　　　Fort Lauderdale, FL 33065
Benjamin A. Campbell　　　　　　　　　　　　　www.palmerlawgroup.com
bcampbell@bdl-iplaw.com　　　　　　　　　　　Tel: +1 (917) 525-1495
Sameeul Haque　　　　　　　　　　　　　　　　***Attorney for Defendants***
shaque@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
Tel.: (847) 969-9123
Fax: (847) 969-9124

*Counsel for Plaintiff, CAO Group, Inc.*