IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAO GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZHUHAI JIASHU DIANZISHANGWU YOUXIANGONGSI D/B/A GD-WHITENING, <br><br> Defendant. | Case No.: 1:24-cv-01211 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge Jeannice W. Appenteng** <br><br> **JURY TRIAL DEMAND** |

## JOINT STATUS REPORT

Pursuant to the Court's October 25, 2024 Minute Entry [124], Plaintiff CAO Group, Inc. ("Plaintiff") and Defendant No. 6 haiyi_mall and Defendant No. 25 newage-store ("Cheng Defendants")[1] (collectively, the "Parties") submit the following Joint Status Report.

Now that the Court has ruled on Plaintiff's Motion for Leave to File a Third Amended Complaint and Plaintiff has filed its Third Amended Complaint ("TAC") [125], the Parties propose the following revised discovery schedule:

| EVENT SCHEDULED | GOVERNING LOCAL PATENT RULE | DEADLINE |
|---|---|---|
| Answer or Other Response To TAC | N/A | November 11, 2024 |
| Supplement Initial Disclosures of Both Parties in light of TAC | 14 days (2 weeks) after Answer or other responsive pleading. (LPR 2.1) | November 25, 2024 |
| Supplement Initial Infringement Contentions | 14 days (2 weeks) after Initial Disclosures. (LPR 2.2) | December 9, 2024 |
| Supplement Initial Non-Infringement, Unenforceability, and Invalidity Contentions | 14 days (2 weeks) after Initial Infringement Contentions. (LPR 2.3) | December 30, 2024 (3 weeks to account for holidays) |

---

[1] "Cheng" is in reference to He Cheng, counsel for Defendant Nos. 6 and 25.

1

| EVENT SCHEDULED | GOVERNING LOCAL PATENT RULE | DEADLINE |
|---|---|---|
| Initial Response to Invalidity Contentions | 14 days (2 weeks) after Initial Non-Infringement and Invalidity Contentions. (LPR 2.5) | January 20, 2025 (3 weeks to account for holidays) |
| Final Infringement, Unenforceability, and Invalidity Contentions | 21 weeks after Initial Infringement Contentions. (LPR 3.1) | May 5, 2025 |
| Final Non-Infringement, Enforceability, and Validity Contentions | 28 days (4 weeks) after service of Final Infringement Contentions. (LPR 3.2) | June 2, 2025 |
| Exchange of Claim Terms Needing Construction | 14 days (2 weeks) after Final Validity Contentions. (LPR 4.1) | June 16, 2025 |
| Close of Fact Discovery – Part 1 | 28 days after the date for exchange of claim terms and phrases under LPR 4.1. (LPR 1.3) | July 14, 2025 |
| Opening Claim Construction Brief (by alleged infringer) and Joint Appendix | 35 days (5 weeks) after exchange of claim terms. (LPR 4.2(a)) | July 21, 2025 |
| Responsive Claim Construction Brief (by party asserting infringement) | 28 days (4 weeks) after Opening Claim Construction Brief. (LPR 4.2(c)) | August 18, 2025 |
| Reply Claim Construction Brief | 14 days (2 weeks) after Responsive Claim Construction Brief. (LPR 4.2(d)) | September 2, 2025 |
| Joint Claim Construction Chart | 7 days (1 week) after Reply Claim Construction Brief. (LPR 4.2(f)) | September 9, 2025 |
| Claim Construction Hearing | To be determined by the Court (within 28 days of filing of reply claim construction brief). (LPR 4.3) | Subject to the Court's availability (on or before October 7, 2025) |
| Claim Construction Ruling (fact discovery may resume) | To be determined by the Court. | Subject to the Court's availability |
| Discovery Opens Regarding Opinions of Counsel | 35 days (5 weeks) before final close of fact discovery. (LPR 3.6) | 35 days (5 weeks) before final close of fact discovery |
| Close of Fact Discovery – Part 2 | 42 days (6 weeks) after Claim Const. Ruling. | 42 days (6 weeks) after Claim Const. Ruling |

| EVENT SCHEDULED | GOVERNING LOCAL PATENT RULE | DEADLINE |
|---|---|---|
| Expert Witness Reports of Parties with Burden of Proof | 21 days (3 weeks) after claim construction ruling or close of discovery. (LPR 5.1(b)) | 21 days (3 weeks) after claim construction ruling or close of discovery. |
| Rebuttal Expert Witness Reports | 35 days (5 weeks) after initial expert witness reports. (LPR 5.1(c)) | 35 days (5 weeks) after initial expert witness reports |
| Completion of Expert Witness Depositions | 35 days (5 weeks) after rebuttal expert witness reports. (LPR 5.2) | 35 days (5 weeks) after rebuttal expert witness reports |

Date November 4, 2024

/s/ Sameeul Haque
Edward L. Bishop
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
Sameeul Haque
shaque@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
Tel.: (847) 969-9123
Fax: (847) 969-9124

*Counsel for Plaintiff, CAO Group, Inc.*

Respectfully submitted,

/s/ He Cheng (with permission)
He Cheng,
Palmer Law Group, P.A.
5353 N. Federal Highway, Suite 402
Fort Lauderdale, FL 33065
www.palmerlawgroup.com
Tel: +1 (917) 525-1495
***Attorney for Defendants***