IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAO GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON THE ATTACHED SCHEDULE "A," <br><br> Defendants. | Case No.: 1:24-cv-01211 <br><br> Judge Thomas M. Durkin <br><br> Magistrate Judge Jeannice W. Appentang <br><br> JURY TRIAL DEMAND |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Bishop & Diehl, Ltd. (formerly known as Bishop Diehl & Lee, Ltd.) and attorneys Edward L. Bishop and Benjamin A. Campbell (collectively, "Withdrawing Counsel"), respectfully request that this Court grant leave to withdraw as counsel in this matter. In support of this Motion, Withdrawing Counsel states as follows:

1. Attorney Nicholas S. Lee, who has an appearance in this matter on behalf of Plaintiff CAO Group, Inc. ("Plaintiff"), is no longer a member of Withdrawing Counsel's firm.

2. It is the Withdrawing Counsel's understanding that Mr. Lee's CM/ECF account has been updated to reflect his new contact information.

3. On March 6, 20225, Plaintiff instructed Withdrawing Counsel to transfer this case to Mr. Lee and his new firm, Dickinson Wright, PLLC. That transfer was completed later that same day, *i.e.*, on March 6, 2025.

4. It is expected that Mr. Lee and his new firm will file any additional or amended appearances as appropriate.

5. The requested withdrawal of counsel is not being sought for delay or any improper purpose.

6. Granting this Motion will not prejudice any parties, is not otherwise inequitable, and will not delay or frustrate the efficient resolution of this case.

WHEREFORE, Withdrawing Counsel respectfully requests that this Motion to Withdraw as Counsel be granted in all respect along with such other and further relief as is just and proper.

DATED: March 7, 2025                             Respectfully submitted by,

/s/ Edward L Bishop
Edward L. Bishop
ebishop@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
BISHOP & DIEHL, LTD.
1475 East Woodfield Road Suite 800
Schaumburg, IL 60173
Phone: (847) 969-9123
Fax: (847) 969-9124

*Withdrawing Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this March 7, 2025. Any other counsel of record will be served by electronic mail and/or first-class mail.

/s/ Edward L. Bishop
Edward L. Bishop